IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MELYNDA MICHELLE FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:18-cv-1108 |
| | § | |
| SETON FAMILY OF HOSPITALS | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

**NOTICE OF FILING**

Plaintiff hereby gives notice of the filing of Plaintiff's Exhibits 1-4.

    Respectfully submitted,

    /s/ Kell A. Simon
    Kell Simon
    Texas Bar No. 24060888
    THE LAW OFFICES OF KELL A. SIMON
    501 North IH-35, Suite 111
    Austin, Texas 78702
    (512) 898-9662
    (512) 368-9144 (Fax)
    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

By my signature hereunder affixed, I certify that a true and correct copy of the foregoing document has been transmitted to all parties of record **via CM/ECF**, on this 7th day of May, 2021, addressed as follows:

Kimberly R. Miers
kmiers@littler.com
Melissa J. Ackie
mackie@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701

                                         /s/ Kell A. Simon
                                         Kell Simon