UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Melynda Michelle Fisher | § | |
| | § | CIVIL NO: |
| vs. | § | AU:18-CV-01108-RP |
| | § | |
| Seton Family of Hospitals | § | |

## ORDER CANCELLING BENCH TRIAL BY VIDEO

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **BENCH TRIAL BY VIDEO** on **Monday, May 10, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 9th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE