UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Melynda Michelle Fisher | § § | |
| vs. | § § § | NO:   AU:18-CV-01108-RP |
| Seton Family of Hospitals | | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 13, 2021 at 09:00 AM . The parties are directed to use the below dial-in information:

1-888-363-4735

Access code 3948919

**SIGNED** on 12th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE