# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Melynda Michelle Fisher | § |
| | §    CIVIL NO: |
| vs. | §    AU:18-CV-01108-RP |
| | § |
| Seton Family of Hospitals | § |

## ORDER RESETTING BENCH TRIAL BY VIDEO

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL BY VIDEO** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, June 14, 2021 at 09:00 AM**.

    IT IS SO ORDERED this 13th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE